UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

DAVID A. RUBIN,

      Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

      Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15

U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices

Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and

15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here

and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, DAVID A. RUBIN, is a natural person, and citizen of the

State of Florida, residing in Palm Beach County, Florida.

4.      Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, LLC, is a limited liability company and citizen of the State of Washington with its principal place of business at 20816 44th Avenue West, Lynnwood, Washington 98036.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on or about the dates stated:

April 14, 2009
David Rubin this is Ray Parker, I need you to give me a call, my number is 1-877-297-3159. Thank you.

April 15, 2009
This message is for David Rubin, I need you to give me a call back today, my number is 1-877-297-3159, and my extension is 1512. Thank you.

2

<u>April 22, 2009 at 9:21 AM - Blank Message</u>

<u>April 22, 2009 at 11:00 AM</u>
David, Mr. Rubin, this is Vick Seizemore.  I was recently retained to contact you.  It looks like we sent out some information that has not been responded to.  My office number, 877-233-8526.  I'll be in until 5:00.

<u>April 23, 2009 at 10:53 AM</u>
Hello? Hello?

<u>April 23, 2009 at 5:57 PM</u>
Yes Mr. David Rubin my name is John. Call me back 877-233-8526. Thank you, have a good day.

<u>April 24, 2009</u>
Yes Mr. David it's John call me back 877-233-8526. Thank you have a good day.

<u>April 25, 2009 at 1:04 PM – Pre-Recorded Message</u>
We apologize for the delay but you will be connected in just a moment. Please continue to –

<u>April 25, 2009 at 7:33 PM</u>
Hey David it's John call me back 877-233-8526. Thank you have a good day.

<u>April 26, 2009 at 11:06 AM</u>
Hi this message is for David. This is (inaudible). Give me a call back at 877-233-8526. Thanks.

<u>April 26, 2009 at 11:54 AM</u>
David this is Dave. I need a call back 877-233-8526. Thanks.

<u>April 26, 2009 at 4:23 PM</u>
David Rubin this is Robert Cruvala 877-233-8526.

<u>April 27, 2009</u>
David Rubin this is Robert Cruvela. I need a return phone call from you at 877-233-8526.

April 28, 2009 at 10:38 AM
David return the call, 877-233-8526.

April 28, 2009 at 12:15 PM
Yeah this message – is for David, Mr. Brano, RPM, need a call back 877-233-8526.

April 28, 2009 at 4:45 PM
David it's Adrian give me a call 877-233-8526.

April 28, 2009 at 6:40 PM
Pre-Recorded Message: We apologize for the delay.  But you will be –
Human Caller: Hello Hello?

April 29, 2009
Pre-Recorded Message: We apologize for the delay –
Human Caller: Yoda, Yoda. Hello?

April 30, 2009
Hi this message is for David Rubin.  David, this is Nick Seizemore, please contact me as soon as you get this message at 877-233-8526. I should be in my office until around 5 o'clock.

May 1, 2009
Hi David my name is Rhonda I need a call back 877-233-8526.

May 2, 2009
Yes this message is for David Rubin, Shelly Carvacy at  877-233-8526
Thank you, Have a good day.

May 3, 2009
Hello this message is for David, this is Savoya please contact me at 1-877-233-8526. Thank you.

May 5, 2009
David I need a call back 877-233-8526. Thank you.

May 6, 2009
This message is for David, this Daniel give a call back 877-233-8526.

<u>May 7, 2009</u>
Hi David my name is Rhonda, I need a call back 1-877-233-8526.

<u>May 8, 2009</u>
Yes this message is for David it is Alan call me back 877-233-8526. Thank you, have a good day.

<u>May 9, 2009</u>
David, Don up here 877-233-8526 extension 1511.

<u>May 11, 2009</u>
David I need a call back 877-233-8526.

<u>May 14, 2009 – Blank Message</u>

<u>May 15, 2009</u>
Hi David this is Lisa contact my office at 877-233-8526. Thank you.

<u>May 18, 2009</u>
Hello this message is for David this Savoya please contact me at 877-233-8526.

<u>May 19, 2009</u>
Hey David it's Dan give me a call back 877-233-8526. I'll talk to you good-bye.

<u>May 21, 2009</u>
David it's Nick Seizemore give me a call in my office 877-233-8526. Thank you.

<u>May 24, 2009 at 1:50 PM</u>
David it's Dan please give me a call back 877-233-8526.

<u>May 24, 2009 at 4:14 PM</u>
David, this is Nick Seizemore, I need you to give me a call as soon as you get this, 877-233-8526.  Thank you.

<u>May 27, 2009</u>
Hello, David Rubin can you give me a call 1-877-233-8526, my name is Daniel per – personal business call.

<u>May 28, 2009</u>
Yeah, this is a message for David A. Rubin, my name is Arbinach the number here is 866-212-7408. Thank you.

<u>May 30, 2009</u>
Hi David this is Adrian.  Give me a call back at 877-233-8526.

<u>June 3, 2009 at 9:38 AM – Blank Message</u>

<u>June 3, 2009 at 5:10 PM – Blank Message</u>

<u>June 6, 2009 – Blank Message</u>

<u>June 8, 2009</u>
David.  Good afternoon this is Eric, please give me a call back at 877-233-8526 thank you.

<u>June 9, 2009</u>
Yes this message is for David Rubin.  Mr. Rubin this is Robert Corello I need a return phone call from you at 877-233-8526.  Again our number is 877-233-8526 thank you.

<u>June 10, 2009</u>
Hi David Rubin.  My name is Derek, give me a call here at 877-233-8526 thank you.

<u>June 11, 2009</u>
Hey David.  It's Daniel.  When you get a chance, give me a call back at 1-888-233-8526.

<u>June 15, 2009</u>
David.  It's Daniel.  Give me a call back at 877-233-8526.

<u>June 16, 2009</u>
Hey.  This message is for David.  It's Daniel.  Give me a call back at 1-877-233-8526.

<u>June 17, 2009</u>
– Message for David.  It's Daniel.  Give me a call back at 1-877-233-8526.

<u>June 18, 2009</u>
David.  877-233-8526. Some information for you.

<u>June 19, 2009</u>
Good morning David.  It's Adrian.  Give me a call back at 877-233-8526.

<u>June 20, 2009</u>
Hi David.  It's Rhonda.  Call me back.  877-233-8526.

<u>June 21, 2009</u>
David.  Good morning.  This is Eric.  Please give me a call back at 877-233-8526.  Thank you.

<u>June 22, 2009</u>
David.  Return the call.  877-233-8526.

<u>June 24, 2009</u>
David. To return the call.  877-233-8526. Mr. Motto speaking. The extension, 1520 for you.  Talk to you soon.

<u>June 26, 2009</u>
This David Rubin. It's Alvin Carolla. Need a return phone call from me.  It's 877-233-56.

<u>June 27, 2009</u>
Yes David Rubin. Donald up here. 877-233-8526.

<u>June 28, 2009 – Blank Message</u>

<u>June 29, 2009</u>
David Rubin.  This is Robert Corella.  I need a return phone call at 877-233-8526.

<u>June 30, 2009</u>
This for David.  This is Hugh.  Give me a call in my office at 877-233-8526. Extension 1514.

<u>July 2, 2009</u>

My name is (inaudible).  I'm calling for David.  Please return my call.  I'm at 1-877-233-8526.  Again, 877-233-8526.  Thank you.

<u>July 3, 2009</u>
David this is Nick Sizemore.  I need a call on my office as soon as you get this voicemail.  877-233-8526. I'll be in my office until 5 o'clock.

<u>July 5, 2009</u>
David, 877-233-8526.

<u>July 6, 2009</u>
David. Good afternoon.  This is Eric.  Please give me a call back at 877-233-8526. Extension 1513.  Thank you.

<u>July 7, 2009 – Blank Message</u>

<u>July 9, 2009</u>
David.  Good Morning.  This is Eric.  Please give me a call back at 877-233-8526 Extension 1514.  Thank you.

<u>July 14, 2009</u>
David, Good Morning, this is Eric.  Please give me a call back at 877-297-3159, extension 1514, Thank you.

<u>July 15, 2009</u>
This message is for David, it's Daniel.  Give me a call back when you get a chance at um, 877-297-3159 at extension 1515.

<u>July 16, 2009, 9:12 AM</u>
David, Good Afternoon, this is Eric.  Please give me a call back at 877-297-3159.  Thank you.

<u>July 16, 2009, 6:12 PM</u>
Hi, my name is James, I'm calling for Dave Rubin.  Please return my call, Dave, I'm at 877-233-8526.  Again, 877-233-8526.  Please return my call, my name is James, Thank you.

<u>July 19, 2009</u>
David, Good Morning, this is Eric.  Please give me a call back at 877-297-3159.  Thank you.

8

<u>July 21, 2009, 9:21 AM</u>
David, Good Morning, this is Eric, if you're there, pick up for me please. Hello?  Alright, well I was hoping to get a hold of you this morning. Anyways, give me a call back at 877-297-3159.  Thank you.

<u>July 21, 2009, 6:46 PM</u>
Good Evening, David.  This is Adrian, give me a call back at 877-233-8526.

<u>July 22, 2009</u>
Mr. Rubin, uh, David, this is Nick Sizemore, I need a call in my office as soon as you get my voice message, 877-233-8526.  Thank you.

<u>July 26, 2009</u>
They hung up.  Hello?  Hello?

<u>July 27, 2009</u>
Mr. Rubin, this is Nick Sizemore, I need you to contact my office as soon as possible, I just retained a contact that I left a voicemail last week, 877-233-8526.  Thank you.

<u>July 31, 2009</u>
Hi David, it's Rhonda, call me back, 877-233-8526.

<u>August 1, 2009</u>
My name is James, I'm calling for Dave Rubin.  Please return my call, Dave. I'm at 877-233-8526.  Again, 877-233-8526.  My name is James, thank you.

<u>August 2, 2009 – Pre-Recorded Message</u>
We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.  Thank you for your patience.  Your call is now next in line.  We will connect you in just a moment.

<u>August 3, 2009</u>
David, give us a call, 877-233-85…

<u>August 5, 2009</u>
David, this is Greg, give me a call at the office, 877-233-8526.

<u>August 6, 2009</u>

Pre-Recorded Message:  We apologize for the delay but you will be connected in just a moment.  Please continue to hold briefly.  Thank you for your patience.  Your call is now next in line.  We will connect you in just a moment.

Human Caller:  Hello?  Hello?

August 7, 2009

Hi David, it's Rhonda, I need a call back, 877-233-8526.

August 9, 2009

Hi, this message is for David Rubin.  My name is Mr. Barry, 877-233-8526.

August 12, 2009

David, this is Greg, give me a call at the office 877-233-8526.

August 17, 2009 – Pre-Recorded Message

We apologize for the delay but you will be connected in just a moment.  Please continue to hold briefly.  Thank you for your patience.  Your call is now next in line.  We will connect you in just a moment.  This mailbox is currently full and cannot receive new messages.  If you know your party's extension number, enter it now.  For the directory, press pound.  If you are calling from a rotary type telephone, please stay on the line and your call will be answered.  If you know your party's extension number, enter it now. For the directory, press pound. If you are calling from a rotary type telephone, please stay on the line and your call will be answered.  Thank you for calling, Good Bye.

August 18, 2009

Yeah, hi, David Rubin, my name is Kevin King, my phone number is 877-233-8526.  Thanks.

August 22, 2009

David Rubin, my name is Kevin King, my phone number's 877-233-8526. Thanks.

August 27, 2009

David, it's Cody.  Call me back when you receive this message, we need to talk.  My number's 877-233-8526.  I will talk to you later.

August 28, 2009 – Blank Message

<u>August 30, 2009</u>
David Rubin, it's Robert Corella from RPM, I need a return phone call at 877-233-8526.

<u>August 31, 2009</u>
Pre-Recorded Message:  We apologize for the delay but you will be connected in just a moment.  Please continue to hold briefly
Human Caller:  Hello?  Hello?

<u>September 1, 2009</u>
David, Eric, I need you to call me at 877-233-8526 extension 1524.

<u>September 3, 2009</u>
Hey David, It's Chris.  Call 877-233-8526.

<u>September 4, 2009</u>
David Rubin, my name's Kyle, get back to me at 877-233-8526.  Thank you so much.  Have a great day.

<u>September 6, 2009</u>
David, please give us a call at 877-233-8526.

<u>September 8, 2009</u>
Hey David, this is Dennis Adams, give me a call back at 877-233-8526.  Thanks.

<u>September 9, 2009</u>
Hi, yeah, this message is for David Rubin, my name is Mr. Barry.  Phone number here's 877-233-8526.  Thanks.

<u>September 10, 2009 – Blank Message</u>

<u>September 12, 2009, 3:20 PM</u>
Hi David, my name's John, I need a call back at 877-297-3159.

<u>September 12, 2009, 5:03 PM</u>
David Rubin, this is Ray Parker, I need you to give me a call.  My number's 1-877-297-3159, 1-877-297-3159.  Thank you.

September 13, 2009
Hey David, this is Derek, I need you to call me at 877-297-3159, extension 1524. Thank you. Bye-Bye.

September 14, 2009
And then it went away?

September 15, 2009
Hey David, it's Chris, give me a call at 877-297-3159.

September 16, 2009
Hi David, it's Liz. Give me a call, I'm at 877-297-3159.

September 18, 2009
Yeah, hi, David Rubin, my name's Kevin King, my phone number's 877-297-3159. You can reach me at my extension 1519. Thanks.

October 1, 2009 – Pre-Recorded Message
– 6-212-7408. Once again that number is 866-212-7408. Thank you.

October 3, 2009
David it's Jason call me at 877-297-3159.

October 5, 2009
This message is for David Rubin I need you to give me a call back today. My number is 1-877-297-3159 and my extension is 1512. Thank you.

October 6, 2009 – Blank Message

October 8, 2009, 8:49 AM – Blank Message

October 8, 2009, 6:42 PM
Yeah hi David Rubin, my name is Kevin King, phone number is 877-297-3159, you can reach me at extension 1519. Thanks.

October 10, 2009, 12:44 PM
Pre-Recorded Message: We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.
Human Caller: Hello? Hello? Hello?

<u>October 10, 2009, 7:28 PM – Blank Message</u>

<u>October 11, 2009</u>
David this is Chad, give me a return call, 877-297-3159.

<u>October 12, 2009</u>
This message is for David Rubin, I need you to give me a call back today, my number is 1-877-297-3159 and my extension is 1512. Thank you and have a pleasant day.

<u>October 13, 2009, 8:53 AM</u>
Hello, I need a return call, David, 877-297-3159 extension is 1520. Talk to you soon.

<u>October 13, 2009, 2:29 PM – Blank Message</u>

<u>October 14, 2009, 9:47 AM</u>
This message is for David Rubin I need you to give me a call back today, my number is 1-877-297-3159 and my extension is 1512, thank you, have a pleasant day.

<u>October 14, 2009, 12:16 PM</u>
This message is for David Rubin I need you to give me a call back today, my number is 1-877-297-3159 and my extension is 1512, thank you.

<u>October 14, 2009, 4:14 PM – Blank Message</u>

<u>October 15, 2009</u>
David, good afternoon this is Eric, please give me a call back at 877-297-3159, extension 1468. Thank you.

<u>October 16, 2009, 11:39 AM</u>
Hi David my name is Leigh Jack contact my office at 877-297-3159. Thank you.

<u>October 16, 2009, 4:11 PM</u>
David Rubin this is Ray Parker, give me a call 1-877-297-3159. Thank you.

<u>October 16, 2009, 4:38 PM</u>
David this is Jason call me at 877-297-3159.

October 16, 2009, 5:56 PM
David this is Jason give me a call at the office 877-297-3159. Thanks, bye.

October 17, 2009, 11:39 AM
Pre-Recorded Message: We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.
Human Caller: Hello? David?

October 17, 2009, 1:03 PM
David Rubin this is Ray Parker I need you to give me a call my number is 1-877-297-2159. Thank you.

October 17, 2009, 2:47 PM
Pre-Recorded Message: We apologize for the delay, but you will be connected –
Human Caller: Hello?

October 17, 2009, 6:07 PM
David, this is Jason, give me a call, 877-297-3159. Thanks, bye.

October 17, 2009, 6:54 PM
Pre-Recorded Message: We apologize for the delay but you will be connected in just a moment. Please continue to hold briefly.
Human Caller: Hello? David?

October 17, 2009, 7:31 PM
David this is Wendy give me a call back at 1-877-297-3159, extension 1516. Thanks.

October 18, 2009, 10:57 AM
David this is Chad, give me a return call, 877-297-3159.

October 18, 2009, 1:05 PM
Hi this message is for David, David Rubin. My name is Melissa Gonzales, I do need you to call me back as soon as possible, 877-297-3159, extension 1519.

October 18, 2009, 1:15 PM

14

Pre-Recorded Message: We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.
Human Caller: Hello David?

October 18, 2009, 5:45 PM
This message is for David Rubin. I need you to give me a call back today, my number is 1-877-297-3159 and my extension is 1512. Thank you.

October 19, 2009
Pre-Recorded Message: We apologize for the delay, but you will be connected in just a moment. Please continue –
Human Caller: Hello?

October 20, 2009
This message is for David. I need you to give me a call back today, my number is 1-877-297-3159 and my extension is 1512. Thank you and have a pleasant day.

October 22, 2009, 8:17 AM
Hi David, it's Chris, give me a call 877-297-3159. Thank you.

October 22, 2009, 10:24 AM
Hi David, it's Chris, give me a call 877-297-3159.

October 22, 2009, 3:32 PM
This message is for David Rubin, call Miss Hurst at 1-877-297-3159 as soon as possible, thank you.

October 22, 2009, 4:55 PM
Hey David this is Jason, call me at 877-297-3159.

October 23, 2009, 2:29 PM
Pre-Recorded Message: We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly. Thank you for your patience, your call –
Human Caller: Hello?

October 23, 2009, 6:38 PM
Hi this message is for David, call back my office at 877-297-3159. Thanks.

October 23, 2009, 7:19 PM
This message is for David Rubin, my name is Miss Hurst, it is important that you have returned this call at 1-877-297-3159. Thank you.

October 23, 2009, 7:26 PM
Pre-Recorded Message: We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.
Human Caller: Hello? David?

October 24, 2009, 11:14 AM
This message is for David Rubin, call Miss Hurst at 1-877-297-3159. It is important.

October 24, 2009, 3:24 PM
Pre-Recorded Message: We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly. Thank you for your patience. Your call is now next in line. We will connect you in just a moment.
Human Caller: Hello?

October 24, 2009, 3:58 PM
David this is Jason, give me a call at the office, 877-297-3159.

October 25, 2009, 11:00 AM
David this is Chad, give me a return call, 877-297-3159.

October 25, 2009, 12:23 PM
Hey David it's Chris, give me a call at 877-297-3159.

October 25, 2009, 7:55 PM
Hello?

October 26, 2009, 2:42 PM
David? It's Miss Klinefelter I need a call back in my office today, my number is 877-297-3159. This is in reference to file number 151-65261. I'll be in available in the office until –

October 26, 2009, 4:37 PM
Pre-Recorded Message: We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly. Thank you for

16

your patience. Your call is now next in line. We will connect you in just a moment.
Human Caller: Hello? Hello David?

October 26, 2009, 8:24 PM
David this is Chad. Give me a return call, 877-297-3159. Thanks.

October 27, 2009, 8:57 AM
Hey David it's Mark. Give me a call back at 877-297-3159 extension 1521.

October 27, 2009, 9:55 AM – Blank Message

October 27, 2009, 5:22 PM
Pre-Recorded Message: We apologize for the delay.
Human Caller: Hello?

October 28, 2009, 8:15 AM
David, this is Ms. Kleinfeld, I need a call back in my office today.  This is in reference to file number 15164888.  I've left several messages for you.  I'm available today in my office until 3 at 877-297-3159.

October 28, 2009, 9:12 AM
David, this is Ms. Kleinfeld, I need a call back in my office today.  This is in reference to file number 15165261.  I've left numerous messages for you.  My call back number's 877-297-3159.  I'm available in my office today until 3.

October 28, 2009, 10:49 AM
David, this is Mark, give me a call back, 877-297-3159 extension 1521.

October 28, 2009, 12:03 PM
Pre-Recorded Message: We…
Human Caller:  Hello? Hello?

October 28, 2009, 5:26 PM
Message is for David Rubin, Call Ms. Riss at 1-877-297-3159 as soon as possible, it is important.

October 28, 2009, 6:37 PM
Message is for David.  David, give me a call back at 877-297-3159.

17

<u>October 29, 2009, 8:55 AM</u>
David, this is Chad, give me a return call at 877-297-3159.

<u>October 29, 2009, 5:08 PM – Blank Message</u>

<u>October 29, 2009, 5:56 PM – Blank Message</u>

<u>October 29, 2009, 6:23 PM – Blank Message</u>

<u>October 31, 2009</u>
Hey David, this is Jeff, give me a call back, 877-297-3459.

<u>November 1, 2009, 11:01 AM</u>
David, It's Ms. Coinfiltter, I need a call back in my office today. This is in reference to 15165261. My call back number here for you is 877-297-3159. I'm available in the office today until 3. That's 877-297-3159, I'm available in the office today until 3.

<u>November 1, 2009, 12:22 PM</u>
David Rubin, return the call to Mr. Jim, he's at 877-297-3159 extension 1521.

<u>November 1, 2009, 4:58 PM</u>
Pre-Recorded Message: We apologize for the delay but you will be connected in just a moment. Please continue to hold briefly.
Human Caller: Hello?

<u>November 2, 2009, 2:03 PM</u>
David Rubin, return the call please, 877-297-3159, Mr. Jim's at extension 1521.

<u>November 2, 2009, 7:39 PM</u>
David Rubin, return the call please, 877-297-3159, Mr. Jim's at extension 1521.

<u>November 3, 2009</u>
David Rubin, return the call please, 877-297-3159, Mr. Jim's at extension 1521.

<u>November 4, 2009, 1:15 PM</u>
David, return the call 877-297-3159. Mr. Amotto speaking with some information for you.

<u>November 4, 2009, 7:01 PM</u>
This message is for David Rubin, my name is Ms. Hurst, it is important that you do return this call, 1-877-297-3159.  Thank you.

<u>November 5, 2009</u>
Hello, I need a return call, David, return the call today, 877-297-3159.  My extension is 1520.

<u>November 9, 2009</u>
David to return the call, I did send you a letter in the mail, I'd like to know you received it.  Mr. Amotto speaking, my phone number's 877-297-3159, my extension is 1520.  Talk to you soon.

<u>November 10, 2009</u>
Hey David, this is Christopher Love here, give me a call back, 877-233-8526.  Thank you.

<u>November 11, 2009</u>
Pre-Recorded Message:  We apologize for the delay but you will be connect –
Human Caller:  Hello? Hello?

<u>November 12, 2009</u>
This message is for David Rubin, my name's Adrian, I need you to return my call at 877-297-3159, me extension's 1520.  David, something's come up, I need you to return my call today as soon as possible.

<u>November 13, 2009</u>
David, this is Jeff, give me a call as soon as you get this message.  You can reach me at 877-297-3159, extension 1514.  As soon as you get this message, go ahead and give me a call back.

<u>November 14, 2009</u>
Hi David this is Adrian, give me a call back at 877-297-3159. David my extension's 1520, I need you to return the call as soon as possible.

November 15, 2009, 12:03 PM
David Rubin call me back please 877-297-3159. Mr. Johnson extension 1513.

November 15, 2009, 4:23 PM – Pre-Recorded Message
We apologize for the delay, but you will be connected in just a moment. Please continue to hold briefly.

November 16, 2009 – Blank Message

November 17, 2009
David Rubin please call me at 877-297-3159 this is Mark, 1513.

November 18, 2009, 8:29 AM – Blank Message

November 18, 2009, 10:26 AM
David Rubin please call 877-297-3159 this is Mark, at extensions 1514. I do need a return call today before noon Pacific Time.

November 18, 2009, 6:24 PM
Pre-Recorded Message: Please –
Human Caller: Yeah hi, David?

November 22, 2009
This message is for David Rubin, I need you to give me a call back today, my number is 1-877-297-3159, my extension is 1518. Thank you.

November 23, 2009
David this is Miss Klinefelter I need a call back in the office, that's 151-652-61 for your reference number, my callback number here is 877-297-3159. It's very important that you give me a call back today, 877-297-3159. I'm at extension 1513.

December 12, 2009
This is a message for David Rubin, if you are not David Rubin please hang up or disconnect. If you are David Rubin please continue to listen to this message. There will be a three – in this message. By continuing to listen to this message you acknowledge you are David Rubin. David Rubin you should not listen to this message so that other people can hear it as it contains personal and private information. There will be now a three second

20

pause in this message to allow you to listen to this message in private. This is Derek from Receivables Performance Management, this communication is from a debt collector, this is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me about an important business matter at 1-877-297-3159. Thank you.

April 24, 2010
This message is for David Rubin. If you are not David Rubin, please hang up or disconnect. If you are David Rubin please continue to listen to this message. There will be a 3 second pause in the message. By continuing to listen to this message, you acknowledge you are David. You should not listen to this message so other people can hear. This contains personal and private information. There will now be a few second pause in this message to allow you to listen to this message in private. This is Felicia from Receivables Performance Management. This communication is from a debt collector. This is an attempt to collect debt and any information obtained (inaudible) used for that purpose. Please contact me about this important business matter at 877-297-3156. Thank you.

May 12, 2010
This message for David Rubin, if you are not David Rubin please hang up or disconnect. If you are David, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message you acknowledge you are David. David, you should not listen to this message so that other people can hear it as it contains personal and private information. There will be now a three second pause in this message to allow you to listen to this message in private. This is Adalia Mendoza from Receivables Performance Management, this is a communication from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me about an important business matter at 866-312-7408. Thank you.

May 13, 2010
This is a message for David Rubin, if you're not David Rubin please hang up or disconnect. If you are David Rubin, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message you acknowledge you are David Rubin. David Rubin, you should not listen to this message so that other people can hear it as it contains personal and private information. There will be a three second pause in this message to allow you to listen to this message in private. This

is Maria with Receivables Performance, Performance Management, this communication's from a debt collector. This is now an attempt to collect a debt, any information obtained will be used for that purpose. Please contact me about an important business matter at 877-233-8527. Thank you.

May 15, 2010

This message for David, if you're not David please hang up or disconnect. If you are David, please continue to listen to this message. There will be a three second pause in this message. By continuing to listen to this message you acknowledge you are David. David, you should not listen to this message so that other people can hear it as it contains personal and private information. There will be now a three second pause in this message to allow you to listen to this message in private. This is Adalia Mendoza from Receivables Performance Management, this is a communication from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-297-3159. Thank you.

May 20, 2010

This is a message for David Rubin, if you are not David Rubin please hang up or disconnect. If you are, please continue to listen to this message. There will be a three second pause. By continuing to listen to this message you acknowledge you are David Rubin. David, you should not listen to this message so that other people can hear it as it contains personal and private information. There will be now a three second pause in this message to allow you to listen to it in private. This is Andy from Receivables Performance Management, this is a communication from a debt collector. This is an attempt to collect a debt, and any information obtained will be used for that purpose. Please contact me about an important business matter at 877-297-3159. Thank you.


11.    Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12.     The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages and failed to disclose Defendant's name.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14.     Plaintiff incorporates Paragraphs 1 through 13.

15.     Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys*., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and Leyse v. Corporate Collection Servs., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16.     Plaintiff incorporates Paragraphs 1 through 13.

17.     Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose its name and the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008); Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.     Damages;

b.     Attorney's fees, litigation expenses and costs of suit; and

c.     Such other or further relief as the Court deems proper.

### COUNT III
### TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING

18.     Plaintiff incorporates Paragraphs 1 through 13.

19.     Defendant caused Plaintiff's telephone to ring repeatedly or continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C §1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

### COUNT IV
### ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

20.    Plaintiff incorporates Paragraphs 1 through 13.

21.    Defendant asserted the right to collect a debt by leaving repeated telephone messages for Plaintiff without disclosing its name and that it is a debt collector and the purpose of its communications when Defendant knew it did not have a legal right to use such collection techniques in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit;

    c.    declaring that Defendant's practices violate the FCCPA;

    d.    permanently injoining Defendant from engaging in the complained of practices; and

25

e.      Such other or further relief as the Court deems proper.

## COUNT V
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22.     Plaintiff incorporates Paragraphs 1 through 13.

23.     By failing to disclose its name, that it is a debt collector and the purpose of its communication, and by telephoning Plaintiff with such frequency as can be reasonably be expected to harass, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

a.      Damages;

b.      Attorney's fees, litigation expenses and costs of suit;

c.      declaring that Defendant's practices violate the FCCPA;

d.      permanently injoining Defendant from engaging in the complained of practices; and

e.      Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339

Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
    Donald A. Yarbrough, Esq.
    Florida Bar No. 0158658