UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80637-MARRA

DAVID A. RUBIN,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court upon Plaintiff's Notice of Settlement, filed March 22, 2011, in which Plaintiff states that "the parties have reached a written settlement regarding all claims in their entirety." (DE 24). Accordingly, it is hereby

ORDERED AND ADJUDGED that this action is DISMISSED. All pending motions are DENIED AS MOOT. The Clerk shall CLOSE this case.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 15th day of July, 2011.

                                            KENNETH A. MARRA
                                            UNITED STATES DISTRICT JUDGE