UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80637-Civ-Marra/Johnson

DAVID A. RUBIN,

     Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

     Defendant.
_____/

**PLAINTIFF'S VERIFIED MOTION FOR
AN AWARD OF COSTS AND ATTORNEY'S FEES**

     Plaintiff, David A. Rubin, moves the Court for an Order that Defendant, Receivables Performance Management, LLC, pay to Plaintiff an award of costs, litigation expense, and attorney's fees for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA"), and in support thereof states as follows:

     1.     On May 21, 2010, Plaintiff filed his Complaint (DE 1) alleging that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq*. ("FCCPA").

     2.     Plaintiff herein was represented by Donald A. Yarbrough.

     3.     Defendant offered Plaintiff $2,001.00 plus reasonable attorney's fees and

costs as determined to be recoverable by the Court or otherwise agreed to by the parties to resolve Plaintiff's claims. Plaintiff accepted the offer, and filed a notice of settlement with the Court (DE 24). Thereafter, the Court entered an Order dismissing the case in light of the parties' settlement (DE 26).

4. Accordingly, Plaintiff is prevailing party and his recovery was excellent. He recovered the maximum amount of damages permitted by law with respect to the FDCPA and FCCPA. Plaintiff sought only statutory damages in this case; he did not seek actual damages.

5. Plaintiff's attorney Donald A. Yarbrough has expended a total of 20.48 hours on behalf of Plaintiff. See Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorney's Fees, accompanying this Motion. An itemized account is contained in the Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees. Thus the attorney fees Plaintiff seeks are appropriate to the litigation of the FDCPA and FCCPA claim.

6. The hourly rate for the services provided by Donald A. Yarbrough is $350.00 per hour.

7. The reasonable attorney fee for the services of Donald A. Yarbrough in this matter is $7,168.00 (20.48 hours x $350/hour).

8. Mr. Yarbrough incurred costs and litigation expenses of $380.00 in prosecution of this matter. See Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees.

9. Under the FDCPA, a prevailing Plaintiff is entitled to attorney fees and costs incurred in the litigation of this Motion for Attorney Fees and Costs, and, accordingly, Plaintiff will file a supplemental Declaration once Defendant has filed its opposition and Plaintiff has filed his reply detailing the additional time spent on the litigation of this motion.

10. Pursuant to S.D. Fla. L.R. 7.3 B(iii), Plaintiff discloses that the terms of his agreement with counsel for payment of attorney's fees and costs are the greater of 40% of any recovery or $350.00 per hour plus costs incurred.

11. The total reasonable attorney fee for the services of Plaintiff's counsel is $7,168.00 and costs of $380.00 for a total of $7,548.00.

**WHEREFORE**, Plaintiff respectfully requests that this Court award reasonable attorney fees for the services of Plaintiff's counsel in the amount of $7,168.00 and costs of $380.00 for a total of $7,548.00.

## CERTIFICATION PURSUANT TO RULE 7.3 B

The undersigned has reviewed the time records and supporting data in this matter and this Motion is well grounded in fact and is justified.

s/Donald A. Yarbrough
DONALD A. YARBROUGH

## CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

Pursuant to Local Rule 7.3(b), a draft of this motion compliant with Local Rule 7.3(a)(1)-(7) was served on Defendant on August 15, 2011. Counsels for the parties conferred on the motion, and Defendant objected to Plaintiff's counsel's hourly rate; the amount of time spent drafting the complaint; the amount of time spent reviewing the audio recordings; the amount of time spent responding to Defendant's discovery requests; and all time related to Defendant's motion for contempt. The parties reached an agreement as to the amount of time reasonable to draft the Complaint, and Plaintiff has reduced that time accordingly. The parties have not resolved any other issues by agreement.

## **VERIFICATION**

I, Donald A. Yarbrough, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the foregoing statements are true.

Executed this 13 day of September, 2011
at Fort Lauderdale, Florida

        Respectfully submitted,

        DONALD A. YARBROUGH, ESQ.
        Attorney for Plaintiff
        Post Office Box 11842
        Fort Lauderdale, Florida 33339
        Telephone: (954) 537-2000
        Facsimile: (954) 566-2235
        donyarbrough@mindspring.com

        s/Donald A. Yarbrough

Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80637-Civ-Marra/Johnson

DAVID A. RUBIN,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 13, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/Donald A. Yarbrough
                                            Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Dale T. Golden, Esq.
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Via Notices of Electronic Filing generated by CM/ECF