UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80637-CIV-MARRA/HOPKINS

DAVID A. RUBIN,

    Plaintiff,

vs.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC,

    Defendant.
_____/

## JUDGMENT AWARDING COSTS AND ATTORNEY'S FEES

**THIS CAUSE** comes before the based upon the Court's Affirming the Magistrate Judge's Report and Recommendation, entered this date. Based on that Court's Order, it is hereby:

**ORDERED AND ADJUDGED** that Judgment is entered in favor of Plaintiff, David A. Rubin, and against Defendant Receivables Performance Management, LLC, in the amount of $8,246.00. The judgment amount shall accrue post-judgment interest at the rate of 0.12%, for which let execution issue.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida this 26th day of March, 2012.

KENNETH A. MARRA
United States District Judge